IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LESLIE RIVERA,** *Plaintiff*, <br><br> v. <br><br> **UNITED STATES POSTAL SERVICE, COLLEEN ADAMSKI, and JOHN DOE,** *Defendants*. | **CIVIL ACTION NO. 2:22-cv-02958-MMB** |

## ORDER RE DEFENDANTS' MOTION TO SUBSTITUTE THE UNITED STATES AND MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION

**AND NOW**, this 7th day of October 2022, upon consideration of Plaintiff's Complaint, Defendants' Motion to Substitute the United States and Motion to Dismiss for Lack of Subject-Matter Jurisdiction, Plaintiff's Response and Defendants' Reply, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED** with prejudice as to Plaintiffs' right to assert claims against the Defendants in this or any civil action, but without prejudice as to her right, if any, to bring such claims against the United States, and without prejudice as to the United States' right to respond however it sees fit to any future action, including by arguing that the court lacks subject-matter jurisdiction. Defendant's Motion to Substitute is **DENIED AS MOOT**. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON**
**United States District Judge**